UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

Case No.   **2:26-cv-03471-MCS-KES**                Date   April 13, 2026

Title   *Doe (SF-00014) v. Salesforce, Inc.*

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER PROVISIONALLY GRANTING APPLICATION TO PROCEED BY PSEUDONYM (ECF NO. 4)**

Plaintiff, who filed suit under the fictitious name Jane Doe (SF-00014), applies for an order permitting her to proceed in this action under a pseudonym. (Appl., ECF No. 4.)

The Court provisionally grants the application. Based on the allegations in the complaint and the arguments in the application, the Court preliminarily determines that special circumstances exist such that Plaintiff's "need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Doe v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

Recognizing that Defendant Salesforce, Inc., might oppose the relief granted in this Order if and when it appears, the Court orders Defendant to file a response to the application by its deadline to respond to the complaint. If service is not yet complete, Plaintiff shall serve a copy of this Order with the summons and complaint.

**IT IS SO ORDERED.**